■ In the Matter of Beatrice J. Foti et al., Appellants, v Town Board of Town of Amherst, Respondent, and Brompton/Caesar Associations, Intervenor-Respondent. [665

NYS2d 376] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Notaro, J. (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—CPLR art 78.) Present—Denman, P. J., Hayes, Callahan, Doerr and Fallon, JJ.